IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

GREGORY VAN DYKE,

                Petitioner,

v.                                            ORDER

L.C. WARD and A. WEBER,                    15-cv-811-jdp

                Respondents.

---

      Federal prisoner Gregory Van Dyke filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner alleged that prison officials had wrongfully refused to process his application for placement at a halfway house. After reviewing the petition, I noted that petitioner had been transferred to community supervision, which appeared to be the relief that he was seeking. Dkt. 3. Thus, I gave petitioner until May 9, 2016, to file a short notice with the court indicating whether he wanted to continue with this case. *Id.* I indicated that if petitioner failed to timely respond to my order, then I would dismiss his petition without prejudice. *Id.* The deadline for a response has now passed and petitioner has not responded to my order.

      Accordingly, IT IS ORDERED that:

1. Petitioner Gregory Van Dyke's petition for a writ of habeas corpus is DISMISSED without prejudice.
2. The clerk of court is directed to close this case.

Entered June 2, 2016.

                                                  BY THE COURT:
                                                  /s/

                                                  _____
                                                  JAMES D. PETERSON
                                                  District Judge