IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GREGORY VAN DYKE,

    Petitioner,                              JUDGMENT IN A CIVIL CASE

v.                                                 Case No. 15-cv-811-jdp

L.C. WARD and A. WEBER,

    Respondents.

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Gregory Van Dyke's petition for a writ of habeas corpus under 28 U.S.C. § 2241 without prejudice.

| /s/ | 6/2/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |